**COURT MINUTES**

**U.S. MAGISTRATE JUDGE  PATRICK A. WHITE  - COURTROOM  No. 3**

**DATE: 11/08/10        TIME:  1:30 P.M.        PAGE: 8**

DEFT:   RENZO GADOLA  (J) *8374 004*   CASE NO:  *10 - 3525 - WHITE*

AUSA:   *Jeffrey Neiman*   ATTY:  *Petr Raben - Temp*

AGENT:   IRS *status*   VIOL:   CONSP TO DEFRAUD USA

PROCEEDINGS *status* INITIAL APPEARANCE   RECOMMENDED BOND: _____

BOND/PTD CONTESTED HRG - yes / no   CJA APP'T: _____

BOND SET @: _____   To be cosigned by: _____

LANGUAGE: *ENGLISH*

| | | |
|---|---|---|
| ❑ | All Standard Conditions. | Disposition: _____ |
| ❑ | Surrender / or do not obtain passports / travel documents | |
| ❑ | Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person | *Case is reset 1:30. 11/9/10.* |
| ❑ | Refrain from excessive use of alcohol | *Per Joint Request* |
| ❑ | Participate in a mental health assessment and treatment | *Case remain UNDER SEALED.* |
| ❑ | Random urine testing by Pretrial Services and/or treatment as deemed necessary | |
| ❑ | Not to encumber property. | |
| ❑ | Maintain or seek full - time employment/education. | |
| ❑ | No contact with victims / witnesses. | |
| ❑ | No firearms. | |
| ❑ | May Not visit Transportation Establishments. | |
| ❑ | Travel extended to: _____ | |
| ❑ | Home Confinement: Electronic Monitoring and/or Curfew ___ _____, paid by _____. | |
| ❑ | Other_____ | |

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| REPORT RE COUNSEL: | *Hmm* | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| ~~STATUS CONFERENCE~~ *I/A* | *11/9/10* ✓ | *1:30* | *Duty* | *Miami* |

DAR No. *13:51:29*        TAPE No.: 10-B *29*        TIME IN COURT: *5 minutes*