Sealed

# COURT MINUTES

**U.S. MAGISTRATE JUDGE PATRICK A. WHITE - COURTROOM No. 3**

DATE: 11/09/10   TIME: 1:30 P.M.   PAGE: 11

DEFT: RENZO GADOLA (J)83743-004   CASE NO: 10-3525-WHITE (SEALED)
AUSA: Jeffrey Neiman   ATTY: Peter Rabin-Tenup
AGENT: ___   VIOL: CONSP TO DEFRAUD US
PROCEEDING: INITIAL APPEARANCE   RECOMMENDED BOND: ___
BOND/PTD CONTESTED HRG - yes / no   CJA APP'T: ___
BOND SET @: ___   To be cosigned by: ___
LANGUAGE: English

- ☐ All Standard Conditions.
- ☑ Surrender / or do not obtain passports / travel documents
- ☑ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in a mental health assessment and treatment
- ☐ Random urine testing by Pretrial Services and/or treatment as deemed necessary
- ☐ Not to encumber property.
- ☐ Maintain or seek full - time employment/education.
- ☐ No contact with victims / witnesses.
- ☑ No firearms.
- ☐ May Not visit Transportation Establishments.
- ☐ Travel extended to: ___
- ☐ Home Confinement: Electronic Monitoring and/or Curfew ___ paid by ___
- ☑ Other Travel only w/ Permission of the IRS CI

Disposition:
* Case shall remain seal.
- Stip $750,000 PSB co-signed by Larry Aenos/Friend & $250,000 10%
- Deft has to 11/17/10 to provide Bond documents
- Deft has until Friday to provide Report to PTS (11/12)
- Deft shall surrender all ID's & Credit Cards to IRS CI.
- Deft shall reside at the address provided in open court

| | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| NEXT COURT APPEARANCE: | | | | |
| REPORT RE COUNSEL: | 11/22/10 | 10:00 | Duty | Miami |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | 11/22/10 | 10:00 | Duty | Miami |
| STATUS CONFERENCE | | | | |

DAR No. 13:57:22 / 14:46:05 / 14:43:40   TAPE No.: 10-B 3 1
SEALED TAPE
TIME IN COURT: 20 minutes