AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>RENZO GADOLA<br>Defendant. | )<br>)<br>) Case No. 10-3525-White<br>)<br>) |

FILED by __n__ D.C.
NOV 1 9 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   RENZO GADOLA                                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 371: Conspiracy to Defraud the United States


Date:   Nov 7th 2010

_____
*Issuing officer's signature*

City and state:   Miami, Florida

Patrick A. White, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/7/2010, and the person was arrested on *(date)* 11/8/2010
at *(city and state)* Miami, FL.

Date: 11/16/2010

Adam Tucker  Special Agent
*Arresting officer's signature / Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:   RENZO GADOLA

Known aliases:

Last known residence:   SWITZERLAND

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:   08/08/1966

Social Security number:

Height:   5'11"                               Weight:

Sex:   Male                                    Race:   White

Hair:                                          Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:   Internal Revenue Service, Special Agent Adam Tucker (954-214-8330)

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: